**Amin Rahman SHAKUR,
Plaintiff–Appellant,**

v.

**Terry L. STEWART; et al.,
Defendants–Appellees.**

No. 02–17097.
D.C. No. CV–01–02470–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN, and
T.G. NELSON, Circuit Judges.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

## MEMORANDUM **

Arizona state prisoner Amin Rahman
Shakur appeals pro se the district court's
order denying his motion to recuse the
district court judge from his 42 U.S.C.
§ 1983 action alleging violation of the First
Amendment. We lack jurisdiction over
this interlocutory order. *See Arizona v.
Ideal Basic Indust. (In re Cement Anti-
trust Litigation),* 673 F.2d 1020, 1022–25
(9th Cir.1982).

**DISMISSED.**

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.